UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00207-RJC-DCK

| ROSS DANIEL WALKER, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TULARE COUNTY MAIN JAIL PRISON, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

Pro se Plaintiff filed a Complaint in this matter on April 21, 2022. [Doc. 1]. He sought to proceed in forma pauperis. [Doc. 2]. On May 20, 2022, the Court denied Plaintiff's motion to proceed in forma pauperis without prejudice for the reasons stated in that Order. [Doc. 6]. The Court allowed Plaintiff 21 days to either pay the filing fee or to file an amended application to proceed in forma pauperis. [Id. at 2]. The Court advised Plaintiff that this case would be dismissed without further notice and without prejudice should Plaintiff fail to comply with the Court's Order. [Id.]. Plaintiff has not complied. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: August 8, 2022

Robert J. Conrad, Jr.
United States District Judge